**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Stephanie Franks and Kyle Redd, Defendants,

Of whom Kyle Redd is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-002116

———————————

Appeal From Aiken County
John M. Rucker, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-228
Submitted July 24, 2020 – Filed July 28, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Amanda Mange Scott, of Ken Allen Attorney, of White Rock; Scarlet Bell Moore, of Greenville; and Susanna M. Ringler, of South Carolina Department of Social Services, of Aiken, all for Respondent.

Jessica Brilhante, of Aiken, for the Guardian ad Litem.

―――――――

**PER CURIAM:** Kyle Redd appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Redd's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

―――――――

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.